COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:       Troy E. Hollins v. The State of Texas

Appellate case number:    01-22-00776-CR

Trial court case number:   CR2018-434 and CR2020-054

Trial court:              207th District Court of Comal County

A jury convicted appellant, Troy E. Hollins, on two counts of the offense of engaging in organized criminal activity, and the trial court assessed his punishment at confinement for eighty years. Appellant filed a notice of appeal on September 1, 2022. Appellant's counsel, Paul Morgan, has filed two motions with the Court, including a Motion to Withdraw and Motion to Abate and Remand.

According to the motions, a "conflict recently arose between Appellant and undersigned counsel." The motions further state that the "trial court held a hearing on January 4, 2022 to determine if undersigned counsel may be permitted to withdraw as appellate counsel and whether Appellant qualifies for appointed appellate counsel." However, because the appellate record has been filed with this Court, the "trial court is unable to appoint . . . counsel to represent Appellant on appeal because the trial court currently lacks jurisdiction to do so." *See* TEX. R. APP. P. 25.2(g).

Accordingly, counsel requests that this Court abate the appeal and remand to the trial court to determine: (1) whether Appellant wishes to continue prosecuting his appeal; (2) whether to grant counsel's motion to withdraw; and (3) whether Appellant is entitled to appointment of new counsel.

Accordingly, we **grant** appellant's Motion to Abate and Remand, and abate the appeal and remand the case to the trial court to determine whether counsel, Paul Morgan, should be allowed to withdraw from representing appellant on appeal. If counsel is allowed to withdraw, the trial court is further directed to determine whether Appellant is entitled to have counsel appointed, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p). The trial court is directed to make its determinations, and enter any orders, or findings and recommendations it deems necessary, within fourteen days of the date of this order.

The trial court clerk is directed to file a supplemental clerk's record containing the trial court's orders, and any findings or recommendations, with this Court no later than thirty days from the date of this order.

The appeal is **abated**, treated as a closed case, and removed from this Court's active docket. The Court will consider counsel's Motion to Withdraw after the supplemental clerk's record is filed containing the trial court's orders, findings and/or conclusions, and the case is reinstated on the Court's active docket.

It is so ORDERED.


Judge's signature: ____/s/ Amparo Guerra_____
        ☑ Acting individually    ☐ Acting for the Court

Date: __January 19, 2023_____